ACCORD FARMERS COOPERATIVE, INC., Respondent-Appellant, v. AARON LEVINE et al., Defendants-Appellants-Respondents and Third-Party Plaintiffs. AGWAY, INC., et al., Third-Party Defendants.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.